OPINION — AG — QUESTION: "TO STEAL THE COFFIN, OR ANY PART THEREOF OR ANYTHING ATTACHED THERETO, OR CONNECTED THEREWITH, OR THE VESTMENTS OR OTHER ARTICLES BURIED WITH THE SAME, IS PUNISHABLE BY IMPRISONMENT. . . . ETC.", DOES IT MEAN PUNISHMENT OF NOT TO EXCEED TWO YEARS MEANS TWO YEAR, TWO MONTHS OR WHAT? — THE COURT OF CRIMINAL APPEALS HELD THAT IT MEANS NOT TO EXCEED TWO YEARS. CITE: 21 O.S.H. 1163 (SAM LATTIMORE)